# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>***ex rel.*** **LAFE BALL,**<br>*Plaintiff,*<br><br>**v.**<br><br>**ALCON INC.,** ***et al.,***<br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 23-3414** |

## ORDER

**AND NOW**, this 25th day of November 2026, upon consideration of Defendants Alcon Inc., Alcon Vision, LLC, and Alcon Laboratories, Inc.'s (collectively, "Defendants") *motion to transfer venue pursuant to 28 U.S.C. § 1404(a)*, (ECF 43), Relator-Plaintiff Lafe Ball's ("Relator") response in opposition, (ECF 58), Relator's supplemental response in opposition, (ECF 59), and Defendants' reply, (ECF 63), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion is **GRANTED**. Accordingly, this matter is hereby **TRANSFERRED** to the Fort Worth Division of the United States District Court for the Northern District of Texas, effective immediately.

The Clerk of Court shall mark this matter **CLOSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*